PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00253-DAD-BAM |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| CHRISTINA SMITH, aka "Traymate," | |
| Defendant. | |

On May 26, 2021, defendant Christina Smith entered a guilty plea to one count of Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. § 1349 and one count of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1) of the Indictment.

As part of her plea agreement with the United States, defendant Christina Smith agreed to forfeit voluntarily and immediately $89,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 1349 and 1028A, to which she has pled guilty. See Defendant Smith's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:  Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(2), 982(a)(8)(A), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Christina Smith in the amount of $89,000.00.

1. The above-referenced personal forfeiture money judgment is imposed based on defendant Christina Smith's conviction for violating 18 U.S.C. § 1349 and 18 U.S.C. § 1028A(a)(1).  Said amount

1

reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    2.    Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated:  June 15, 2021             PHILLIP A. TALBERT
                                           Acting United States Attorney

                                          /s/ Joseph Barton
                                          JOSEPH BARTON
                                          Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Christina Smith in the amount of $89,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:  **June 16, 2021**                        _____
                                              UNITED STATES DISTRICT JUDGE