UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA SMITH,<br><br>Defendant. | No. 1:20-cr-00253-DAD-BAM<br><br>ORDER REFERRING DEFENDANT'S MOTION SEEKING REUDCTION OF SENTENCE TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. No. 60) |

On September 7, 2021, defendant Christina Smith was sentenced in this action. (Doc. No. 38.) On July 19, 2022, defendant Smith filed a *pro se* motion for a sentence reduction and/or compassionate release pursuant to 18 U.S.C. § 3582, apparently based upon conditions related to the COVID-19 virus (referred to by defendant in her *pro se* motion simply as "the virus"), as well as other alleged conditions of her confinement and additional circumstances. (Doc. No. 60.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant Smith in conjunction with the pending motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant Smith's *pro se* motion <u>or</u> to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order of the court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file a response to defendant Smith's motion. Any

1

reply thereto shall be filed within fifteen days of the filing of any response by the government.

      The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) are to be included in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated: **July 26, 2022**

*[signature: Dale A. Drozd]*

UNITED STATES DISTRICT JUDGE