Dear, Honorable Judge, Dale Drozed                    4·7·2023

1:20-CR-00253-ADA-BAM-2

"My name is Christina Smith #23041509
You sentenced me in your court in 2021 to 60 months.
I have served 50% percent of my sentence. On
April 5th 2023 The Compassionate release guidelines
were Amended November 1, 2023 they should be
full effect. I have extraordinary and compelling
reason on why I should receive a sentence
reduction under the new guidelines mainly the
longthy time I was being sexually abused and
harrassed by correctional officers and many other
reasons, I am please requesting to be provided
with an attorney to assist me in filing a
compassionate release motion. I am currently house IN
FSL Danbury Thank you for taking your
time in reading this letter to please take
in consideration the above request

Sincerely

X Christine Smith

FILED

APR 18 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Christina Smith #23041509
33½ Pembroke RD
Danbury CT 06811

RECEIVED

APR 18 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK