UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-cr-00253-ADA-BAM-2 |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| CHRISTINA SMITH, | (ECF No. 78) |
| Defendant. | |

On September 7, 2021, Defendant Christina Smith ("Defendant") was sentenced in this action. (ECF No. 38.) On July 19, 2022, Defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (ECF No. 60.) On January 27, 2023, Defendant withdrew her motion for compassionate release. (ECF No. 76.) On April 18, 2023, Defendant filed another motion for compassionate release. (ECF No. 78.)

On August 26, 2022, the Court appointed counsel for Defendant because she has, under oath, sworn or affirmed as to her inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel to be appointed to represent her on Compassionate Release. (ECF No. 66.) The order appointed Etan Zaitsu to represent Defendant in this case effective *nunc pro tunc* to August 24, 2022, substituting the Federal Defenders Office appointed per General Order 595. (*Id.*) The appointment shall remain in effect until further order from this Court.

1

Because Defendant filed a *pro se* motion for compassionate release, Defense Counsel Etan Zaitsu shall have 60 days from the date of this order to file a supplement to Defendant's *pro se* motion <u>or</u> notify the Court and the government that he does not intend to file a supplement. Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the date of Defendant's filing to file an opposition to Defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

IT IS SO ORDERED.

Dated:   April 21, 2023

UNITED STATES DISTRICT JUDGE

2