UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA SMITH,<br><br>Defendant. | No. 1:20-cr-00253-NODJ<br><br><u>ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT AS COUNSEL OR RECORD AND CLOSING CASE</u><br><br>(Doc. No. 93) |

Having reviewed the motion and found that previously appointed defense counsel Etan Zaitsu has completed the services for which he was appointed, the Court hereby grants attorney Zaitsu's motion for leave to withdraw as defense counsel in this matter. Should defendant Smith further legal assistance, she is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for that office is (559)487-5561 (collect) or (858)656-4360 (toll-free). If appropriate, that office will arrange for the reappointment of counsel to assist defendant.

Accordingly,

1.) Attorney Zaitsu's motion to terminate the CJA appointment (Doc. No. 93) is granted; and

/////

/////

1

2.) The Clerk of the Court is directed to serve a copy of this order on her former counsel, Mr. Zaitsu who is instructed to forward it to Ms. Smith at her address in Hacienda Heights, CA and to update the docket to reflect defendant's pro se status.

3.) The Clerk of the Court is also directed to close this case.

IT IS SO ORDERED.

Dated: **January 3, 2024**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE