HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTINA SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTINA SMITH,<br>Defendant. | Case No. 1:20-cr-00253-DAD-BAM-2<br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br>Date: October 7, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Christina Smith, that the Court may continue the status conference currently scheduled for September 18, 2026, at 2:00 p.m. to October 6, 2026, at 2:00 p.m. Undersigned counsel requires additional time to review discovery and consult with her client regarding her options.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 16, 2026

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 16, 2026

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRISTINA SMITH

**O R D E R**

The status conference currently scheduled for September 18, 2026, is hereby continued to October 6, 2026, at 2:00 p.m. in Courtroom 7 before the Magistrate Judge Erin Guy Castillo.

IT IS SO ORDERED.

Dated: **September 17, 2026**

UNITED STATES MAGISTRATE JUDGE