ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTINA SMITH,<br>Defendant. | Case No. 1:20-cr-00253-DAD-BAM<br>ORDER DISMISSING TSR PETITION |

Upon the government's motion, and for good cause shown, the pending TSR violation petition in this case is dismissed without prejudice and all remaining hearing dates concerning the petition are vacated.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE